FILED
CLERK, U.S. DISTRICT COURT

JUN 1 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Fouad Hussein Boo Karram

DEFENDANT.

CASE NUMBER

CR 08-699
OR 08-1325m

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT

Upon motion of _____Defendant_____, IT IS ORDERED that a detention hearing is set for

_____June 12_____, 2008_____, at _____11:00_____ (a.m.)/ p.m. before the Honorable _

_____, in Courtroom _341_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or_____

_____ and produced for the hearing.

(Other custodial officer)

DATED: _June 11, 2008_

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE